1158

No. 73–758.   VROOM v. IRWIN ET AL.   C. A. 10th Cir. Certiorari denied.

No. 73–791.   GOLDEN TRIANGLE BROADCASTING, INC. v. FIELD.   Sup. Ct. Pa.   Certiorari denied.

No. 73–796.   UNITED STATES v. GRAY.   C. A. 6th Cir. Certiorari denied.

No. 73–800.   HERSKOWITZ v. HERSKOWITZ.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 73–808.   MILLER v. BROWN ET AL.   C. A. 6th Cir. Certiorari denied.

No. 73–814.   HOOPES v. STATE TAX COMMISSION OF UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 73–823.   WALKER v. INDIANA.   Ct. App. Ind. Certiorari denied.

No. 73–825.   AMERICAN HOME PRODUCTS CORP. v. LOCKWOOD MANUFACTURING CO.   C. A. 6th Cir.   Certiorari denied.

No. 73–834.   OGDEN CORP. ET AL. v. LURIA STEEL & TRADING CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 73–843.   LYKES BROTHERS STEAMSHIP CO., INC. v. BROWN.   C. A. 5th Cir.   Certiorari denied.

No. 73–845.   MCDONALD, MAYOR OF EVANSVILLE, ET AL. v. MILLER ET AL.   Sup. Ct. Ind.   Certiorari denied.